FILED
2011 Mar-30  AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMILY JONES, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:10-cv-01591-WMA |
| vs. ) | |
| ) | |
| COVERED BRIDGE GRILL, et al., ) | |
| ) | |
| Defendants ) | |

## MEMORANDUM OPINION

On March 8, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge (1) that defendants' Motion to Dismiss be granted and that plaintiff's claims in this action pursuant to Title VII be dismissed with prejudice for lack of subject matter jurisdiction and (2) that the remaining state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of March, 2011.

                                                  _____
                                                  WILLIAM M. ACKER, JR.
                                                  UNITED STATES DISTRICT JUDGE